IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DENISE HAMLETT** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 3:21-cv-00775-S |
| **TRANS AMERICAN INFORMATION SYSTEMS, INC. d/b/a MASTEK** | § § § | |
| | § | |
| *Defendant*. | | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Denise Hamlett ("Hamlett") and Defendant Trans American Information Systems, Inc. d/b/a Mastek ("TAIS") files this, their Joint Motion to Dismiss with Prejudice.

**I.**

Hamlett and TAIS have fully and finally resolved all matters in dispute between them, and Hamlett moves this Court to dismiss this entire case with prejudice to the refiling of same or any part thereof, with each party to bear their own fees, legal expenses, and costs.

**II.**

WHEREFORE, the parties respectfully pray that this Court dismiss this entire cause with prejudice to the refiling of same or any part thereof, with each party to bear their own fees, legal expenses, and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Megan Dixon | /s/   Michael McCabe |
| **Megan Dixon** | **MICHAEL A.MCCABE** |
| State Bar No. 24079901 | Texas State Bar No. 24007628 |
| **Braziel Dixon, LLP** | mmccabe@munckwilson.com |
| 1910 Pacific Ave., Ste. 13300 | **LAUREN L.MITCHELL** |
| Dallas, Texas 75201 | Texas State Bar No. 24071172 |
| Tel: (214) 749-1400 | lmitchell@munckwilson.com |
| Fax: (214) 749-1010 | **MUNCK WILSON MANDALA, LLP** |
| | 600 Banner Place Tower |
| | 12770 Coit Road |
| | Dallas, Texas 75251 |
| **ATTORNEYS FOR PLAINTIFF** | Telephone: 972-628-3600 |
| | Telecopier: 972-628-3616 |
| | |
| | **ATTORNEYS FOR DFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2022, a copy of the foregoing document was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Filing System.

                                      **/s/ Megan Dixon**
                                      **Megan Dixon**