# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| DENISE HAMLETT | § § § | |
| v. | § § | CIVIL ACTION NO. 3:21-CV-00775-S |
| TRANS AMERICAN INFORMATION SYSTEMS, INC. d/b/a MASTEK | § § § | |

### ORDER

This Order addresses the parties' Joint Motion to Dismiss with Prejudice [ECF No. 51]. Upon review and consideration of the Joint Motion to Dismiss with Prejudice, the Court **GRANTS** the Joint Motion to Dismiss with Prejudice. All claims that Plaintiff asserts, or could have asserted, against Defendant in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. Each party will bear their own attorneys' fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED June 16, 2022.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE